THE CHARLES F. MAYER. THE HOWARD. (Circuit Court of Appeals, Fourth Circuit. January 7, 1919.) Nos. 1603, 1604. Appeals from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge. Suits for collision by the Consolidation Coastwise Company, the Consolidation Coal Company, and James Ressler

against the Merchants' & Miners' Transportation Company, and by the Merchants' & Miners' Transportation Company against the Consolidation Coastwise Company. From a decree dividing the damages (253 Fed. 599), the Merchants' & Miners' Transportation Company in the first suit, and the Consolidation Coastwise Company in the second suit, appeal. Affirmed. J. Walter Lord, of Baltimore, Md., for appellant in No. 1603 and appellees in No. 1604. Clifton S. Brown, of Baltimore, Md. (Daniel H. Hayne, of Baltimore, Md., on the brief), for appellee, in No. 1603 and appellant in No. 1604. Before KNAPP and WOODS, Circuit Judges, and McDOWELL, District Judge.

PER CURIAM. We find no error. The opinion of the trial court (253 Fed. 599) is adopted as the opinion of this court. The decree below is affirmed. The costs in this court of the Consolidation Coal Company and of James Ressler are to be taxed equally against Merchants' & Miners' Transportation Company and Consolidation Coastwise Company. The remaining taxable costs of these appeals are to be equally borne by said last two companies. Affirmed.